IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CLARENCE J. FLOWERS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 7:16-cv-00135-O |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* Findings, Conclusions, and Recommendation, Apr. 18, 2017, ECF No. 15. Plaintiff filed objections. *See* Pl.'s Obj. FCR, ECF No. 16. The Magistrate Judge recommends that the Court affirm the Commissioner's decision. The Court has concluded a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 15) should be and is hereby **ACCEPTED** and Plaintiff's objections **OVERRULED**.

**SO ORDERED** this **22nd day** of **May, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1